JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAURA M. DURITY
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-0931
Facsimile:  (408) 535-5066
Email: laura.durity@usdoj.gov

*E-FILED - 2/12/09*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>RODOLFO SANCHEZ-OZUNA<br><br>       Defendant. | No.   CR 08-00785 RMW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |

   Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled on Monday, February 9, 2009 is to be continued to Monday, February 23, 2009 at 9 a.m.  The continuance is necessary for defense counsel's preparation and for continuity of government counsel.

   The parties further agree and stipulate that time should be excluded from and including Monday, February 9, 2009 through and including Monday, February 23, 2009, to provide defense counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and the
2  defendant in a speedy trial.
3
4  DATED: February 3, 2009                    JOSEPH P. RUSSONIELLO
                                              United States Attorney
5
6                                             ___/s/_____
                                              LAURA M. DURITY
7                                             Special Assistant United States Attorney
8
9                                             ___/s/_____
                                              LARA VINNARD
10                                            Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing date presently set for Monday, February 9, 2009 will be continued to Monday, February 23, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between February 9, 2009 through and including February 23, 2009, shall be excluded as the reasonable time necessary for effective defense preparation, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 2/12/09

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE